DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

WILLIAM SANDERS,

Petitioner,

v.

BEMIS SMITH,

Respondent.

No. 2D21-11

————————————————

September 15, 2021

Petition for Writ of Certiorari to the Circuit Court for Manatee County; Charles Sniffen, Judge.

Mark D. Tinker, Scott H. Jackman and Krysta L. Torok of Cole, Scott & Kissane, P.A., Tampa, for Petitioner.

Timothy W. Weber and Jeremy D. Bailie of Weber, Crabb, & Wein, P.A., St. Petersburg, for Respondent.

PER CURIAM.

Denied.

MORRIS, C.J., and KELLY and SMITH, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.